UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: ED17-229M |
| Plaintiff, | ) ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. JESUS PONCE, | ) ) ) ) | |
| Defendant. | ) ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the EASTERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    ( ) other:_____

1

|     |        |     |                                                                                      |
| --- | ------ | --- | ------------------------------------------------------------------------------------ |
| 1   |        |     | and/ or                                                                              |
| 2   | B. (X) |     | The defendant has not met his/her burden of establishing by clear and                |
| 3   |        |     | convincing evidence that he/she is not likely to pose a danger to the safety         |
| 4   |        |     | of any other person or the community if released under 18 U.S.C.                     |
| 5   |        |     | § 3142(b) or (c). This finding is based on the following:                            |
| 6   |        | (X) | information in the Pretrial Services Report and Recommendation                       |
| 7   |        | (X) | information in the violation petition and report(s)                                  |
| 8   |        | (X) | the defendant's nonobjection to detention at this time                               |
| 9   |        | ( ) | other: _____                                              |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 25, 2017

_____
KENLY KIYA KATO
United States Magistrate Judge